**EXHIBIT 6**

# Oregon Department of Justice
# Attorney General John Kroger

Oregon DOJ Home  |  Media  |  Current Releases  |  2009  |  December 17, 2009 Media Release

## KELLOGG SETTLEMENT WILL PROVIDE NEARLY 500,000 BOXES OF CEREAL TO THE HUNGRY

**December 17, 2009**

**Settlement over questionable health claims will provide Oregon Food Bank with 108,000 boxes of cereal, Feeding America will receive 372,000**

Attorney General John Kroger today announced that Kellogg Company has agreed to donate nearly 500,000 boxes of cereal to organizations that feed the hungry as part of a settlement over questionable product marketing allegations.

"Kellogg should be credited with addressing the allegations quickly and constructively," said Attorney General Kroger. "This settlement will directly benefit Oregonians who are hungry."

The case focused on cereal box marketing claims that Rice Krispies "helps support your child's immunity." The claim was part of a promotional campaign for Rice Krispies, Cocoa Krispies, Frosted Krispies and MultiGrain Jumbo Krispies.

Today's settlement requires Kellogg to stop shipping cereal boxes with the immunity language by January 15, destroy more than 2 million units of packaging with the immunity claim, and cease making such health claim unless it provides the Oregon Department of Justice with advance notice and competent reliable scientific evidence.

Kellogg also will contribute 108,000 boxes of cereal to Oregon Food Bank ($332,000 wholesale value) and 372,000 boxes to Feeding America ($1,146,000 wholesale value). The donated cereal boxes contain 5,760,000 servings.

"We thank Attorney General Kroger's office for its work to ensure the integrity of our food and to help fight hunger," said Mike Moran, OFB's food resource manager. "This donation will fill breakfast bowls for hungry children throughout Oregon."

The timing of this settlement is especially important because hunger has reached record levels. Distribution of emergency food and the number of people served throughout the Oregon Food Bank Network escalated to historic highs during the past fiscal year and remains at alarmingly high levels.

Every month, more than 86,000 children eat meals from emergency food boxes. The U.S. Department of Agriculture reported that Oregon has one of the highest hunger rates in the country. Hunger affects a child's development, health, ability to learn and potential for a fulfilling and productive life.

Here's how you can help:

- Fill a bag with food and take it to any Jiffy Lube or U.S. Bank. Watch for other businesses in your neighborhood that are collecting food for the OFB Network.
- Donate cash online at www.oregonfoodbank.org.
- Visit www.oregonfoodbank.org to learn about many other ways to help.

David Hart, Assistant Attorney in Charge of the Financial Fraud/Consumer Protection Unit, handled the case for the Oregon Department of Justice.

Attorney General John Kroger leads the Oregon Department of Justice. The Department's mission is to fight crime and fraud, protect the environment, improve child welfare, and defend the rights of all Oregonians.

**Contact:**

Tony Green, (503) 378-6002 tony.green@doj.state.or.us