UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-08102-MMM(RZx) | Date | February 18, 2010 |
| Title | Sabena Lakshmi Kammula v. Kellog Company et al | | |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS - COURT ORDER

    On February 18, 2010, the plaintiff filed a motion to certify class (document no. 27) . The court, on its own motion, hereby continues the hearing on plaintiff's motion to **April 12, 2010 at 10:00 a.m.**