JENNER & BLOCK LLP
Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60635
Dean N. Panos (Admitted *pro hac vice*)
dpanos@jenner.com
Richard P. Steinken (Admitted *pro hac vice*)
rsteinken@jenner.com
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484

Attorneys for Defendants
Kellogg Co., Kellogg USA, Inc., Kellogg Sales Co.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABENA LAKSHMI KAMMULA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>     v.<br><br>KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>           Defendants. | No. CV 09-08102 (MMM) (RZx)<br><br>**DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Memorandum of Points and Authorities, Proposed Order, and Declaration of Richard P. Steinken filed concurrently herewith] |

Defendants' *Ex Parte* Application to Continue Hearing

## *Ex Parte* Application to Continue Class Certification Hearing

Pursuant to Local Civil Rule 7-19, Defendants Kellogg Company, Kellogg USA, Inc., and Kellogg Sales Company (the "Defendants") respectfully submit this *ex parte* application to request that this Court continue the hearing on Plaintiff Sabena Lakshmi Kammula's (the "Plaintiff's") motion for class certification, currently scheduled for April 12, 2010, to May 12, 2010, and order that the deadlines for filing opposition and reply briefs be set for April 21, 2010 and April 28, 2010, respectively.

Defendants seek this 30-day continuance to permit them the opportunity to serve written discovery and depose Plaintiff prior to filing their opposition to Plaintiff's motion for class certification. In the alternative, if the Court is unavailable on May 12, 2010, Defendants request continuance of the hearing to an alternative date that will afford Defendants the opportunity to conduct pre-certification discovery.

The application to continue the hearing on Plaintiff's motion for class certification is based upon this application, the memorandum of points and authorities in support of the application, and the declaration of Richard P. Steinken filed concurrently herewith. Defendants have advised counsel for Plaintiff that this *ex parte* request will be made to this Court. Plaintiff's attorneys have indicated that they will oppose this *ex parte* application.

DATED: March 5, 2010					Respectfully Submitted,


						___/s/ Kenneth K. Lee_____

						Kenneth K. Lee

						JENNER & BLOCK LLP

						Brent Caslin (Cal. Bar No. 198682)
						bcaslin@jenner.com
						Kenneth K. Lee (Cal. Bar No. 264296)
						klee@jenner.com
						633 West 5th Street, Suite 3500
						Los Angeles, California 90071
						Telephone: (213) 239-5100
						Facsimile:  (213) 239-5199

						Dean N. Panos (Admitted *pro hac vice*)
						dpanos@jenner.com
						Richard P. Steinken (Admitted *pro hac vice*)
						rsteinken@jenner.com
						353 N. Clark Street
						Chicago, IL 60635
						Telephone: (312) 222-9350
						Facsimile:  (312) 527-0484