JENNER & BLOCK LLP
Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Telephone:  (213) 239-5100
Facsimile:  (213) 239-5199

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60635
Dean N. Panos (Admitted *pro hac vice*)
dpanos@jenner.com
Richard P. Steinken (Admitted *pro hac vice*)
rsteinken@jenner.com
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

Attorneys for Defendants
Kellogg Co., Kellogg USA, Inc., Kellogg Sales Co.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABENA LAKSHMI KAMMULA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | No. CV 09-08102 (MMM) (RZx) <br><br> **DECLARATION OF RICHARD P. STEINKEN IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> [*Ex Parte* Application, Memorandum of Points and Authorities, and Proposed Order concurrently herewith] |

I, Richard P. Steinken, declare:

1.    I am a Partner in the Chicago office of Jenner & Block LLP, counsel for the Defendants in this action.  If called to testify, I would and could testify with personal knowledge as to all of the following.

2.    At the request of Plaintiff's counsel, Defendants agreed to enter into a joint stipulation asking that the original deadline for filing a motion for class certification be extended to a date to be determined at the initial status conference currently set for March 29, 2010.  A true and correct copy of the joint stipulation filed with the Court is attached hereto as Exhibit A.

3.    On February 18, 2010, the Court, on its own motion, entered an order continuing the hearing on Plaintiff's motion for class certification to April 12, 2010.  A true and correct copy of the Court's order is attached hereto as Exhibit B.

4.    Plaintiff's counsel served three sets of interrogatories and document requests on Defendants on March 2, 2010.  Each set contains 47 specific document requests and 18 interrogatories.

5.    I asked Wayne S. Kreger and Sara D. Avila, counsel for Plaintiff, to enter into a stipulation asking the Court to continue the hearing on Plaintiff's motion for class certification by 30 days to permit adequate discovery for all parties.  Counsel for Plaintiff refused to enter into that stipulation, and instead proposed a two week continuance of the hearing.  I rejected that proposal because a two week continuance would be unfair to the Defendants:  It would allow Plaintiff's attorneys to obtain discovery before they filed their reply brief, but Defendants would not have the benefit of any discovery before filing the opposition brief.

6.    A 30-day continuance of the hearing on Plaintiff's motion for class certification is necessary to permit Defendants to serve written discovery and depose the Plaintiff on topics necessary to determine whether the purported class satisfies the Rule 23 prerequisites.

7.    Defendants (as well as Plaintiff) did not propound discovery in advance

1

1    of the date on which Plaintiff filed her motion for class certification.  I believed in

2    good-faith that Plaintiff's deadline for filing her motion for class certification would

3    be extended to a date following the initial status conference, currently scheduled for

4    March 29, 2010, in accordance with the joint stipulation filed with the Court.

5           8.     I advised counsel for Plaintiff on March 4, 2010 that Defendants would

6    be filing an *ex parte* application requesting a 30-day continuance of the hearing on

7    Plaintiff's motion for class certification.  Plaintiff's counsel will oppose this

8    application.

9          I declare under penalty of perjury under the laws of the State of California that

10   the foregoing is true and correct.

11         Executed on March 5, 2010 in Chicago, Illinois.

12

13

14

15                                   Richard P. Steinken

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Richard P. Steinken in Support of Defendants' *Ex Parte* Application to Continue Hearing

# EXHIBIT A

**MILSTEIN, ADELMAN & KREGER LLP**
Wayne S. Kreger (Cal. Bar No. 154759)
wkreger@maklawyers.com
Sara D. Avila (Cal. Bar No. 263213)
savila@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone:   (310) 396-9600
Facsimile:   (310) 396-9635

Attorneys for Plaintiff Sabena Kammula

**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, CA 90071-2054
Phone:      (213) 239-5100
Facsimile:  (213) 239-5199

Attorneys for Defendants,
Kellogg Co., Kellogg USA, Inc., Kellogg Sales Co.

ADDITIONAL ATTORNEYS FOR PARTIES IDENTIFIED ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABENA LAKSHMI KAMMULA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV09-08102 (MMM) (RZx)<br><br>**STIPULATION AND REQUEST FOR [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION [LOCAL RULE 23-3]** |

Plaintiff SABENA LAKSHMI KAMMULA ("Plaintiff") and Defendants

KELLOGG COMPANY, KELLOGG USA, INC., and KELLOGG SALES

*Milstein, Adelman &Kreger, LLP*
*2800 Donald Douglas Loop North*
*Santa Monica, California 90405*

1

1   COMPANY (collectively, "Defendants"), by and through their attorneys of record,

2   (collectively, "Parties") agree and stipulate as follows:

3

4        WHEREAS Plaintiff filed her original Complaint in this action on November 5,

5   2009;

6

7        WHEREAS Plaintiff served the Complaint on or about November 20, 2009;

8

9        WHERAS Plaintiff filed and served a First Amended Complaint on December

10   9, 2009;

11

12       WHEREAS Parties agreed to an extension of time until January 22, 2010 for

13   Defendants to answer or otherwise plead to the amended complaint;

14

15       WHERAS, Local Rule 23-3 provides, "[w]ithin 90 days after service of a

16   pleading purporting to commence a class action…the proponent of the class shall file

17   a motion for class certification that the action is maintainable as a class action, unless

18   otherwise ordered by the Court";

19

20       WHEREAS, pursuant to Local Rule 23-3, Plaintiff's Motion for Class

21   Certification is currently due on February 18, 2010;

22

23       WHEREAS, the initial status conference in this action has not been set and

24   discovery has not commenced;

25

26       WHEREAS the parties believe it is appropriate that the time period to file a

27   Motion for Class Certification be modified, given that: (1) no discovery on the

28

Milstein, Adelman &Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

2

1   prerequisites of Rule 23 have occurred; and (2) the parties have not had sufficient time

2   to develop an adequate record to move for, or oppose, class certification;

3

4          Accordingly, subject to the approval of this Court, the parties STIPULATE

5   AND AGREE AND HEREBY REQUEST that the Court extend the February 18,

6   2010 deadline for Plaintiff to file a Motion for Class Certification to a date to be

7   determined at the initial status conference.

8

9                                              Respectfully submitted,

10   February 2, 2010

11   Attorneys     for    Plaintiff   Sabena   L.      Attorneys    for   Defendants   Kellogg
                                                       Company,   Kellogg   USA,   Inc.,   and
12   Kammula                                           Kellogg Sales Company

13
     /s/ Wayne S. Kreger_____          /s/ Dean N. Panos_____
14

15   MILSTEIN,   ADELMAN   &   KREGER           JENNER & BLOCK LLP
     LLP                                         Dean N. Panos (*pro hac vice*)
16   Wayne S. Kreger (Cal. Bar No. 154759)       Richard P. Steinken (*pro hac vice*)
     2800 Donald Douglas Loop North              One IBM Plaza
17   Santa Monica, CA 90405                      Chicago, IL 60611-7603
     Phone: (310) 396-9600                       Phone:     (312) 222-9350
18   Fax:   (310) 396-9635                       Fax:       (312) 527-0484

19

20   LAW OFFICES OF HOWARD WEIL            JENNER & BLOCK LLP
     RUBINSTEIN                             Kenneth K. Lee (State Bar No. 264296)
21   Howard Weil Rubinstein (*Pro Hac Vice*)   633 West 5th Street, Suite 3500
     P.O. Box 4839                          Los Angeles, CA 90071-2054
22   Aspen , CO 81611                        Phone:     (213) 239-5100
     Phone: (832)715-2788                    Fax:       (312) 239-5199
23   Fax:   (325) 243-5417
     howardr@pdq.net
24

25

26   WHATLEY DRAKE KALLAS
     Joe R. Whatley, Jr.
27   1540 Broadway, 37th Floor
     New York , NY 10036
28   Phone: (212) 447-7070

Milstein, Adelman &Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

3

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 09-08102-MMM(RZx)                                    Date   February 18, 2010

Title   Sabena Lakshmi Kammula v. Kellog Company et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

Proceedings:          IN CHAMBERS - COURT ORDER

On February 18, 2010, the plaintiff filed a motion to certify class (document no. 27) . The court, on its own motion, hereby continues the hearing on plaintiff's motion to **April 12, 2010 at 10:00 a.m.**