# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08102-MMM(RZx)<br>CV 10-05258-MMM(RZx) | Date | August 13, 2010 |
|---|---|---|---|

| Title | Sabena Lakshmi Kammula vs Kellog Company, et al<br>Maria Sandoval vs Kellog Company, et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:　　　　　　　Attorneys Present for Defendants:

**Proceedings:** **CONSOLIDATION OF CASE UNDER CASE NUMBER CV 09-08102 AND TERMINATION OF CASE NUMBER CV 10-05258**

　　　　The court has accepted a transfer of Case No. CV 10-05258-RGK to its calendar because it currently has pending before it related Case No. CV 09-08102. The court orders the consolidation of Case No. CV 10-05258 with Case No. CV 09-08102 for all purposes and for trial. For ease of record keeping, the court orders that all further documents and proceedings occur under Case No. CV 09-08102, and that Case No. CV 10-05258 be closed. Counsel are directed to file all further documents under Case No. **CV 01-6152-MMM(RNBx) only.** The documents should utilize the caption of the original filed case to which they relate.

　　　　In addition, counsel are directed to meet and confer and submit a joint report indicating whether a consolidation class action complaint will be filed, and whether the parties request changes to the schedule on class certification in light of this development.