Milstein, Adelman &Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WEEKS, individually and on behalf of all others similarly situated; MARIA SANDOVAL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. CV09-08102 (MMM) (RZx)<br><br>Hon. Margaret M. Morrow<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

    Having considered the Parties' Stipulation extending the deadline to file a Motion for Preliminary Approval of Class Action Settlement, and good cause appearing, IT IS HEREBY ORDERED as follows:

    Request to extend the time for parties to file a Motion for Preliminary Approval is hereby GRANTED.

[Proposed] Order Extending Deadline to File
Motion for Prelim. Approval of Class Action Settlement

1

The deadline for parties to file a Motion for Preliminary Approval is December 30, 2010.

IT IS SO ORDERED.

DATED: December 28, 2010

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

[Proposed] Order Extending Deadline to File
Motion for Prelim. Approval of Class Action Settlement

2