UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WEEKS, KATIE DINTELMAN and MARIA SANDOVAL, each individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br>KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. CV 09-08102 (MMM) (RZx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO APPOINT CLASS ACTION SETTLEMENT ADMINISTRATOR**<br><br>Hearing Date: August 29, 2011<br>Hearing Time: 10:00 a.m.<br>Courtroom: 780<br>Judge: Hon. Margaret M. Morrow |

Having considered the May 23, 2011 stipulation between that Garden City Group, Inc. shall be appointed and serve as the Class Action Settlement Administrator to effectuate the settlement of this Litigation, and finding good cause to exist, the Court HEREBY ORDERS:

1. That Garden City Group, Inc. shall be appointed and serve as the Class Action Settlement Administrator to effectuate this class action settlement.

**IT IS SO ORDERED.**

Dated: May 23, 2011　　　　　By: _/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　The Honorable Margaret M. Morrow
　　　　　　　　　　　　　　　　　United States District Court Judge