E-Filed: 06.02.11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHELLE WEEKS, KATIE DINTELMAN and MARIA SANDOVAL, each individually and on behalf of all others similarly situated,

Plaintiff,

v.

KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,

Defendants.

No. CV 09-08102-MMM(RZx)

**[PROPOSED] ORDER GRANTING STIPULATION TO DEFER ANSWER TO FOURTH AMENDED COMPLAINT**

Hearing Date:  August 29, 2011
Hearing Time:  10:00 a.m.
Courtroom: 780
Judge: Hon. Margaret M. Morrow

Having considered the May 27, 2011 Stipulation to Defer the deadline for Defendant Kellogg to file a responsive pleading to Plaintiff's Fourth Amended Complaint, and finding good cause to exist,

THE COURT HEREBY ORDERS that Kellogg is not required to file a responsive pleading to Plaintiff's Fourth Amended Complaint unless and until the parties' proposed Class Action Settlement is not granted final approval by the Court, and that, in that event, Kellogg shall have 30 days after entry of the Order denying final approval to answer or otherwise plead to the Fourth Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 02, 2011        By: *Margaret M. Morrow*
                                The Honorable Josephine Staton Tucker
                                United States District Court Judge