GEORGE AZADIAN (SBN 253342)
Email: george@ctmesq.com
**THE MATHEWS LAW GROUP**
2596 Mission Street, Suite 204
San Marino, CA  91108
Voice: (626) 683-8291

DANIEL GREENBERG (*pro hac vice*)
Email: dngrnbrg@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS LLC**
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR  72223
Voice: (501) 588-4245

(additional counsel on signature page)

*Attorneys for Class Member Nicholas John Stehle*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MICHELLE WEEKS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>KELLOGG COMPANY, *et al.*,<br>    *Defendants*.<br><br>―――――――――――<br><br>Nicholas John Stehle,<br>    *Objector.* | Case No. CV-09-08102 (MMM) (RZx)<br><br>**NOTICE OF ERRATA**<br><br>Judge:     Hon. Margaret M. Morrow<br><br>**CLASS ACTION** |

# NOTICE OF ERRATA

Objector Nicholas John Stehle's Response to Amended and Supplemental Stipulation of Settlement of September 19, 2011, was not correctly electronically filed. It should have been filed as a Response, but was incorrectly filed as a Stipulation. This error will be corrected shortly.

Dated: September 19, 2011

Respectfully submitted,

*/s/ Daniel Greenberg*
Daniel Greenberg (*pro hac vice*)
**GREENBERG LEGAL SERVICES**
**CENTER FOR CLASS ACTION FAIRNESS LLC**
55 Fontenay Circle
Little Rock, AR  72223
DnGrnbrg@gmail.com
(501) 588-4245

*/s/ George Azadian*
George Azadian (SBN 253342)
**THE MATHEWS LAW GROUP**
2596 Mission Street, Suite 204
San Marino, CA  91108
George@ctmesq.com
(626) 683-8291

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW, No. 236
Washington, DC 20036
tedfrank@gmail.com
(703) 203-3848

Attorneys for Nicholas Stehle