**MILSTEIN ADELMAN, LLP**
Gillian L. Wade (Cal. Bar No. 229124)
gwade@milsteinadelman.com
Sara D. Avila (Cal. Bar No. 263213)
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
*Attorneys for Plaintiff Michelle Weeks*

**WHATLEY DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (*pro hac vice*)
Patrick J. Sheehan (*pro hac vice*)
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
*Attorneys for Plaintiff Michelle Weeks*

**KIRTLAND & PACKARD, LLP**
Michael Louis Kelly (Cal. Bar No. 82063)
Behram V. Parekh (Cal. Bar No. 180361)
2361 Rosecrans Avenue, 4th Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1000
*Attorneys for Plaintiff Maria Sandoval*

**Additional Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WEEKS and MARIA SANDOVAL, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>KELLOGG COMPANY, a Delaware corporation; KELLOGG USA, INC., a Michigan corporation; KELLOGG SALES COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. CV 09-08102 (MMM) (RZx)<br>Hon. Margaret M. Morrow<br><br>**PLAINTIFFS' RESPONSE TO STEHLE'S RESPONSE TO AMENDED AND SUPPLEMENTAL SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT OF STEHLE'S REQUEST**<br><br>Complaint Filed: November 5, 2009<br>Consolidated:   September 20, 2010<br>Trial Date:       Vacated |

1

Plaintiffs Michelle Weeks, Maria Sandoval and Katie Dintelman (collectively, "Plaintiffs") respectfully submit this reply to objector Nicholas John Stehle's Response to Amended And Supplemental Stipulation of Settlement (Dkt. 154) (the "Response").

In his Response, Stehle does not offer any further objections to the Settlement, but, he claims that he materially improved the Settlement and, on that basis, requested attorneys' fees and costs in the amount of $33,281.63. Plaintiffs have agreed to settle Mr. Stehle's claim for $21,000 in attorneys' fees and a $700 incentive payment to Mr. Stehle, subject to Court approval. These funds will be deducted from the $879,237 attorneys' fees, subject to the Court's approval.

Accordingly, Plaintiffs respectfully request that the Court enter an order finally approving the Settlement and ordering that $21,700 of the attorneys' fees be awarded to Stehle and the remaining $857,537 be awarded to Plaintiffs as set forth in the Stipulation of Settlement.

Dated: September 26, 2011                    **MILSTEIN ADELMAN, LLP**

**Michelle Weeks**

*/s/ Sara D. Avila*

_____
Gillian L. Wade (Cal. Bar No. 224129)
Sara D. Avila (Cal. Bar No. 263213)
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone : (310) 396-9600

**LAW OFFICES OF HOWARD WEIL RUBINSTEIN**
Howard W. Rubinstein (*pro hac vice*)
Post Office Box 4839
Aspen, Colorado 81611
Telephone: (832) 715-2788

|   |   |   |
|---|---|---|
| 1 | | **WHATLEY, DRAKE & KALLAS, LLC** |
| 2 | | Joe R. Whatley, Jr. (*pro hac vice*)<br>1540 BROADWAY, 37TH FLOOR<br>NEW YORK, NY 10036 |
| 3 | | Telephone: (212) 447-7070<br>*Attorneys for Plaintiff Michelle Weeks* |
| 4 | | |
| 5 | Dated: September 26, 2011 | **Maria Sandoval** |
| 6 | | |
| 7 | | **KIRTLAND & PACKARD, LLP**<br>Michael Louis Kelly (Cal. Bar No. 82063) |
| 8 | | Behram V. Parekh (Cal. Bar No. 180361)<br>2361 Rosecrans Avenue, 4th Floor |
| 9 | | El Segundo, CA 90245<br>Telephone: (310) 536-1000 |
| 10 | | *Attorneys for Plaintiff Maria Sandoval* |
| 11 | | |
| 12 | Dated: September 26, 2011 | **Katie Dintelman** |
| 13 | | **BECKER, PAULSON, HOERNER & THOMPSON, P.C**. |
| 14 | | Kevin T. Hoerner (No. 06196686)<br>kth@bphlaw.com |
| 15 | | Brian T. Kreisler (No. 06283303)<br>btk@bphlaw.com |
| 16 | | 5111 West Main Street<br>Belleville, Illinois 62226 |
| 17 | | Telephone:   (618) 235-0020<br>Facsimile:    (618) 235-8558 |
| 18 | | |
| 19 | | FREED & WEISS LLC<br>Eric D. Freed |
| 20 | | Jamie E. Weiss<br>Richard J. Burke |
| 21 | | 111 West Washington Street, Suite 1331<br>Chicago, Illinois 60602 |
| 22 | | Phone: (312) 220-0000<br>Fax:    (312) 220-7777 |
| 23 | | *Attorneys for Katie Dintelman* |

Milstein Adelman, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I served **PLAINTIFFS' RESPONSE TO STEHLE'S RESPONSE TO AMENDED AND SUPPLEMENTAL SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT OF STEHLE'S REQUEST** to the following via Federal Express/ Overnite Express:

Howard Weil Rubinstein
howardr@pdq.net
Howard W. Rubinstein Law Office
914 Waters Avenue Suite 20
PO Box 4839
Aspen, CO 81611

Joe R. Whatley, Jr
jwhatley@wdklaw.com
Whatley Drake Kallas
1540 Broadway 37th Floor
New York, NY 10036

Sara D. Avila
savila@maklawyers.com
Milstein Adelman LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

*Counsel for Michelle Weeks*

Behram V. Parekh
bvp@kirtlandpackard.com
Heather Marie Peterson
hmp@kirtlandpackard.com
Kirtland and Packard
2361 Rosecrans Avenue 4th Floor
El Segundo, CA 90245
*Counsel for Maria Sandoval*

George Azadian
george@cttrnesq.com
THE MATHEWS LAW GROUP
2596 Mission Street, Suite 204
San Marino, CA 91108

Daniel Greenberg
DnGrnbrg@grnail.com
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR 72223
501-588-4245

Theodore H. Frank
Center for Class Action Fairness LLC
1718 M Street NW, NO 236
Washington, DC 20036

Counsel for Objector Nicholas Stehle

                                      /s/ Sara D. Avila
                                        Sara D. Avila